2025R00498/TAC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

DAREYEN MAURICIO CORTES-CANETE

: Hon. Claire C. Cecchi
:
: Crim. No. 25-cr-653
:
: 18 U.S.C. § 371
: 18 U.S.C. § 2315
: 18 U.S.C. § 2

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States charges:

### COUNT ONE
(Conspiracy to Sell and Receive Stolen Property)

1. From on or about March 28, 2024, to on or about April 19, 2024, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**DAREYEN MAURICIO CORTES-CANETE,**

knowingly and intentionally conspired with others to receive, possess, conceal, store, barter, sell, and dispose of any goods, wares, merchandise, securities, and money, of the value of $5,000 or more, which had crossed a State or United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, contrary to Title 18, United States Code, Section 2315.

### Goal of the Conspiracy

2. The goal of the conspiracy was for defendant DAREYEN MAURICIO CORTES-CANETE ("CORTES-CANETE") and his co-conspirators to enrich themselves by stealing property from residences in New Jersey, New York, Maryland,

and elsewhere, and transporting the stolen property across state lines to be sold or otherwise disposed of.

### Manner and Means of the Conspiracy

3. It was part of the conspiracy that CORTES-CANETE and his co-conspirators broke into four residences, including in or around Westchester County, New York; Albany County, New York; Baltimore County, Maryland; and Hunterdon County, New Jersey, stole property from those residences, transported the stolen property across state lines by driving one or more vehicles, and then possessed the stolen property in New Jersey.

4. Using the manner and means described above, CORTES-CANETE and his co-conspirators caused approximately $311,332 in losses to victims whose residences were broken into and damaged, and whose property was stolen.

### Overt Acts

5. In furtherance of the conspiracy and to achieve its unlawful object, members of the conspiracy committed, and caused to be committed, the following overt acts, among others, within the District of New Jersey and elsewhere:

   a. From on or about April 18, 2024, to on or about April 19, 2024, CORTES-CANETE and his co-conspirators broke into a residence in Baltimore County and stole property (the "Stolen Property").

   b. On or about April 19, 2024, CORTES-CANETE and his co-conspirators possessed the Stolen Property, which was valued in excess of $5,000 and included a collection of valuable cufflinks and a security safe that contained a collection of rare coins, as

2

they carried the Stolen Property into and out of an apartment located in or around Jersey City, New Jersey.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Receipt of Stolen Property)

On or about April 19, 2024, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**DAREYEN MAURICIO CORTES-CANETE,**

knowingly and intentionally received, possessed, concealed, stored, bartered, sold, and disposed of goods, wares, merchandise, securities, and money, of the value of $5,000 or more, which had crossed a State or United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Section 2315 and Section 2.

## FORFEITURE ALLEGATION

Upon conviction of the offenses charged in Counts One and Two of this Information, the defendant,

**DAREYEN MAURICIO CORTES-CANETE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of such offenses. The property subject to forfeiture includes, but is not limited to, the following assets which were seized by law enforcement on or about April 19, 2024:

   a. Diamond, gold, silver, and pearl jewelry, including approximately five bracelets, approximately six necklaces, and approximately three rings;

   b. Approximately 34 watches;

   c. Rare and collectible coins;

   d. Sports memorabilia and collectibles, including a signed baseball;

   e. Cufflinks;

   f. Designer bags, including approximately two suitcases, one fanny pack, two duffel bags, and six purses; and

   g. Designer clothing and accessories.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of such defendant up to the value of the above-described forfeitable property.

                                                     TODD BLANCHE
                                                     United States Deputy Attorney General

                                                     */s/ Alina Habba*
                                                     ALINA HABBA
                                                     Acting United States Attorney
                                                     Special Attorney

                                                     */s/ Trevor Chenoweth*
                                                     Trevor A. Chenoweth
                                                     Assistant United States Attorney

CASE NUMBER: <u>25- cr-653 (CCC)</u>

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## DAREYEN MAURICIO CORTES-CANETE

## INFORMATION FOR

18 U.S.C. § 371
18 U.S.C. § 2315
18 U.S.C. § 2

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY
SPECIAL ATTORNEY

TREVOR A. CHENOWETH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2711